**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pedro CORNEJO, Defendant–Appellant.**

**No. 15–30163.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 5, 2016.*

Filed May 9, 2016.

Tara Elliott, Office of the U.S. Attorney, Joshua Van de Wetering, Van de Wetering Law Offices, Missoula, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Helena, MT, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Pedro Cornejo appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cornejo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cornejo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.